██ The People of the State of New York, Respondent, v Rueben Davis, Appellant. [793 NYS2d 815]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered February 26, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Pigott, Jr., P.J., Green, Kehoe, Martoche and Hayes, JJ.